1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

BOBBY WELLS,

7

                                    Plaintiff,

8

       v.

9

NANCY HENDERSON, XANDIS C.
PHILLIPS,

10

11

                                    Defendants.

Case No. C13-1905 RSL-BAT

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

12

       The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the

13

Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does

14

hereby find and **ORDER**:

15

       (1)     The Court adopts the Report and Recommendation.

16

       (2)     Plaintiff's complaint is **DISMISSED without prejudice.**

17

The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

18

       **DATED** this 11th day of December, 2013.

19

20

_____
Robert S. Lasnik
United States District Judge

21

22

23

ORDER ADOPTING REPORT AND RECOMMENDATION - 1